IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ELIZABETH A. PARKERSON**                                        **PLAINTIFF**

                                                                                                                **NO. 4:18CV00184-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court on Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration denying claims for a period of disability and disability insurance benefits and supplemental security income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. The Court, having reviewed the administrative record, the briefs of the parties, and the applicable law, and having heard oral argument, finds as follows:

Consistent with the Court's ruling from the bench during a hearing held today, the Court finds the ALJ's determination of not disabled is not supported by substantial evidence in the record. Specifically, the ALJ failed to fully and fairly develop the record with regard to the claimant's mental impairments, carpal tunnel syndrome, and pelvic organ prolapse. The ALJ also failed to properly consider medical opinions related to the claimant's mental impairments and overlooked evidence related to the claimant's pelvic organ prolapse.

On remand, the ALJ must fully develop the record with regard to these conditions. The ALJ shall either order both physical and mental consultative examinations and/or request appropriate physical and mental medical source statements from the claimant's treating physicians. If the ALJ orders consultative examinations, the ALJ must provide the examiner(s) with the claimant's pertinent medical records and request a function-by-function assessment of the claimant's ability to perform work activity. Any medical source statement requested by the ALJ must include a request for a function-by-function assessment of the claimant's ability to perform work activity. After obtaining the additional evidence, the ALJ must reconsider the claimant's impairments and render a new decision. The ALJ may conduct any additional proceedings not inconsistent with this order.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is **REVERSED and REMANDED** for further proceedings.

This, the 16th day of December, 2019.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE